ACCEPTED
05-14-00175-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
4/16/2015 2:18:04 PM
LISA MATZ
CLERK

LAW OFFICES OF

# RICHARD B. SCHIRO

2706 FAIRMOUNT STREET
DALLAS, TEXAS 75201-1958

TELEPHONE 214.521.4994
FACSIMILE 214.521.3838

rbschiro@schirolaw.com

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
4/16/2015 2:18:04 PM
LISA MATZ
Clerk

April 16, 2015

Ms. Lisa Matz
Clerk
Court of Appeals
Fifth District of Texas at Dallas
600 Commerce Street, Suite 200
Dallas, Texas  75202

*via electronic filing*

Re:    Court of Appeals Number: 05-14-00175-CV
        Trial Court Case Number:  DC-11-14821

Style:  *Bernard Patrusky, Appellant*
        *v.*
        *Kenneth Bloomberg and Marilyn Bloomberg, Appellees*

Dear Ms. Matz:

In response to your letter dated February 4, 2015, please be advised that I will present argument on behalf of Kenneth Bloomberg and Marilyn Bloomberg, Appellees.

Very truly yours,

Richard B. Schiro

RBS:scc
cc:   M. Kevin Queenan, Esq.  (via fax).